**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
FREDERICO GARCIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:13-CR-233 AWI-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| FREDERICO GARCIA, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND KIRK SHERRIFF, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, FREDERICO GARCIA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday, August 12, 2013 be continued to Monday, September 23, 2013.

I am requesting a continuance in order to conduct further investigation in this matter. I have spoken to AUSA Kirk Sherriff, he has no objection to continuing the Status Conference.

**The defendant is willing to continue excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

Summary of Pleading - 1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 8/8/13 */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Frederico Garcia

DATED:8/8/13 */s/Kirk Sheriff*
KIRK SHERRIFF
Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that the 2nd Status Conference hearing be continued from August 12, 2013 to September 23, 2013 at 1:00 P.M. before Judge McAuliffe.

Dated: August 8, 2013 /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE