**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
FEDERICO GARCIA GARCIA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERICO GARCIA GARCIA,<br><br>　　　　　Defendant | Case No.: Case No.13-cr-0233AWI-BAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; ORDER** |

Defendant, FEDERICO GARCIA GARCIA, hereby waives his appearance in person in open court upon the Status Conference hearing set for Monday, September 23, 2013 in Courtroom 8 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 9/20/13                                        */s/Federico Garcia Garcia*
　　　　　　　　　　　　　　　　　　　　　　　　　　FEDERICO GARCIA GARCIA

**ORDER**

**DENIED** as untimely.

IT IS SO ORDERED.

    Dated: **September 23, 2013**      /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE